No. D–446. IN RE DISBARMENT OF WINNER. It is ordered that David Lee Winner, of Wooster, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–448. IN RE DISBARMENT OF HOLLOWAY. It is ordered that Willis Walter Holloway, Jr., of Lexington, Ky., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–451. IN RE DISBARMENT OF JONES. It is ordered that Rafford Eugene Jones, of Raleigh, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 82–1913. GARCIA v. SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL.; and
No. 82–1951. DONOVAN, SECRETARY OF LABOR v. SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL. D. C. W. D. Tex. [Probable jurisdiction noted, 464 U. S. 812.] Motion of National League of Cities et al. for leave to participate in oral argument as amici curiae and for additional time for oral argument denied.

No. 82–1922. SOUTHERN MOTOR CARRIERS RATE CONFERENCE, INC., ET AL. v. UNITED STATES. C. A. 11th Cir. [Certiorari granted, 467 U. S. 1240.] Motion of petitioners for divided argument and for additional time for oral argument denied.

No. 82–2157. CENTRAL STATES, SOUTHEAST & SOUTHWEST AREAS PENSION FUND ET AL. v. CENTRAL TRANSPORT, INC., ET AL. C. A. 6th Cir. [Certiorari granted, 467 U. S. 1250.] Motions of Bricklayers Fringe Benefit Funds-Metropolitan Area et al., Arthur Young & Co., and National Coordinating Committee for Multiemployer Plans for leave to file briefs as amici curiae granted. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.